IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

BUSINESS PROPERTY LENDING, INC.            PLAINTIFF

v.            CASE NUMBER 2:17-cv-0102 KS-MTP

BENJAMIN T. HOWSE AND
BARRY D. HOWSE            DEFENDANTS

## CLERK'S ENTRY OF DEFAULT

PURSUANT TO Rule 55 (a) of the Federal Rules of Civil Procedure, I hereby certify that defendant Benjamin T. Howse is in default for his failure to plead or otherwise defend the above-captioned action as reflected in the records of this office.

SO ENTERED this the 9th day of August, 2017.

           ARTHUR JOHNSTON, CLERK
           UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF MISSISSIPPI



By: _____,Clerk